THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

The following constitutes
the order of the court. Signed December 10, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

DEBRA DENISE TRIGG,

              Debtor

) Case No.: 15-40090
) Chapter 13
)
) **ORDER ON AMENDED MOTION TO**
) **APPROVE LOAN MODIFICATION**
) **DOCUMENT**
)
)
)

On November 18, 2015, Debtor filed a motion to approve a loan modification agreement entered into between Debtor and creditor Wells Fargo Bank N.A. The court finds that notice of the motion was proper. All creditors having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. That for purposes of Debtor's confirmed chapter 13 plan, the aforementioned loan modification agreement is approved.

2. Entry of this Order does not constitute Court approval of any specific terms of any loan modification entered into between Debtors and creditor Wells Fargo Bank N.A.

IT IS SO ORDERED.

                            ***END OF ORDER***

1

## COURT SERVICE LIST

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

2

Case: 15-40090    Doc# 46    Filed: 12/10/15    Entered: 12/11/15 10:26:39    Page 2 of 2